AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Fryman Properties, LLC

was received by me on *(date)*  10-25-19 .

☑ I personally served the summons on the individual at *(place)*  Julie Fryman at 412 Billings Farm Drive Canton, Ga. 30115 . on *(date)*  10-27-19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  10-28-19 _____

_____
*Server's signature*

Nicholas Gruhn  process server
*Printed name and title*

272 Washington Ave
Marietta, Ga. 30060
*Server's address*

Additional information regarding attempted service, etc: